Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
TOMÁŠ HAVEL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMÁŠ HAVEL, <br><br> Plaintiff, <br><br> v. <br><br> BLUE ZONES, LLC, <br><br> Defendant. | Case No.: <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)** <br><br> **Demand for Jury Trial** |

Plaintiff TOMÁŠ HAVEL by and through his undersigned counsel, brings this Complaint against Defendant BLUE ZONES, LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff TOMÁŠ HAVEL ("Havel") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Havel's original copyrighted work of authorship.

2. Havel is a self-taught and an award-winning photographer based in the Czech Republic. His work as a landscape and travel photographer allows Havel to explore unique countries on different continents around the world. Over the years and a multitude of miles, Havel's images

have been featured in many exciting projects and his shots have been included in many magazines. Havel is most known for his self-portraits from Northern Norway "Sitting On The Edge" and he constantly studies new shooting and editing techniques. In addition to his fine artwork, Havel's specialties also include commercial and lifestyle photography. Some of the brands that Havel has worked with include Sony, Huawei, Mannut, Reebok, New Balance, Osprey, Kathmandu Gear, Canon, O2, Indonesia Tourism - Wonderful Indonesia, Visit Trentino - Italy, and many others.

3. Havel has won numerous awards, such as the Fine Art Photography Awards, 2nd Place Winner, professional category - Travel, International; Le Prix de la Photographie de Paris Pxe, Nature/Landscape, Honorable Mention Winner; FEP European Professional Photographer Awards, 3x Merit Awards, Europe, International; The EPSON International Pano Awards 2020, 2x Silver, 3x Bronze Award, Nature/Landscapes, and more.

4. Defendant BLUE ZONES, LLC ("Blue Zones") was founded by Dan Buettner, a National Geographic Fellow and multiple New York Times bestselling author. Mr. Buettner discovered five places in the world, which he has dubbed "blue zones" where people are healthiest and live the longest: Okinawa, Japan; Sardinia, Italy; Nicoya, Costa Rica; Ikaria, Greece; and Loma Linda, California. Blue Zones is dedicated to creating healthy communities across the United States and markets plant based products, including ultra high antioxidant, low sulfite Grenache (wine) from Sardinia. Blue Zones advertises its wine and cookbooks on Instagram at the handle "santevino" located at www.instagram.com/santevino/.

5. Havel alleges that Blue Zones copied Havel's copyrighted Work from the internet in order to advertise, market and promote its business activities. Blue Zones committed the violations alleged in connection with Blue Zones' business for purposes of advertising and promoting sales to the public in the course and scope of Blue Zones' business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in California.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10. Blue Zones, LLC is a Delaware limited liability company, with its principal place of business at 1 Adventist Health Way, Roseville, California, 95661, and can be served by serving its Registered Agent, CSC Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California, 95833.

## THE COPYRIGHTED WORK AT ISSUE

11. In 2018, Havel created the photograph entitled "Dreamer," which is shown below and referred to herein as the "Work".



12. Havel registered the Work with the Register of Copyrights on March 20, 2020 and was assigned the registration number VA 2-200-257. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. At all relevant times Havel was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Blue Zones has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Blue Zones copied the Work.

16. On or about August 28, 2021, Havel discovered the unauthorized use of his Work on Blue Zones' Instagram page "Santevino." Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot of Blue Zones' "Santevino" Instagram page.

17. The @Santevino Instagram username, which is owned by Blue Zones, advertises Blue Zone Wines and links back to Blue Zones' Website(s) where you can purchase Blue Zone Wines from various links depending on the users regional location.

18. Blue Zones copied Havel's copyrighted Work without Havel's permission.

19. After Blue Zones copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its health and longevity business.

20. Blue Zones copied and distributed Havel's copyrighted Work in connection with Blue Zones' business for purposes of advertising and promoting Blue Zones' business, and in the course and scope of advertising and selling products and services.

21. Havel's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

22. Blue Zones committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 3**.

23. Havel never gave Blue Zones permission or authority to copy, distribute or display the Work at issue in this case.

24. Havel notified Blue Zones of the allegations set forth herein on April 19, 2022. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

25. Havel incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26. Havel owns a valid copyright in the Work at issue in this case.

27. Havel registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. Blue Zones copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Havel's authorization in violation of 17 U.S.C. § 501.

29. Blue Zones performed the acts alleged in the course and scope of its business activities.

30. Blue Zones's acts were willful.

31. Havel has been damaged.

32. The harm caused to Havel has been irreparable.

WHEREFORE, the Plaintiff Tomáš Havel prays for judgment against the Defendant Blue Zones, LLC that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Defendant be required to pay Plaintiff his actual damages and 's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

        c.      Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

        d.      Plaintiff be awarded pre- and post-judgment interest; and

        e.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff Tomáš Havel hereby demands a trial by jury of all issues so triable.

DATED: August 18, 2022                   Respectfully submitted,

                                                 */s/ Jonah A. Grossbardt*
                                                 JONAH A. GROSSBARDT
                                                 MATTHEW L. ROLLIN
                                                 **SRIPLAW**
                                                 *Attorneys for Plaintiff Tomáš Havel*